Borrowing Base Certificate - KEY THERAPEUTICS, LLC
January 5, 2026

To:     The Citizens Bank
        Attn: BILLY COOK
        P O BOX 578
        CARTHAGE, MS  39051

### Accounts Receivable

| | | | | |
|---|---|---|---|---|
| 1 | | Gross accounts receivable | | $ 228,444.91 |
| 2 | | Less: | | |
| | a) | Accounts over 30 days past due | $64,966.61 | |
| | b) | Total inelligible receivables | | $163,478.30 |
| 3 | | Balance of qualified receivables | | $ 163,478.30 |

### Inventory

| | | | |
|---|---|---|---|
| 4 | Value of inventory on hand | | $ 806,186.00 |

### Total Borrowing Base

| | | |
|---|---|---|
| 7 | 80% of qualified receivables (Line 3) | $ 130,782.64 |
| 8 | 50% of Inventory on Hand | $ 403,093.00 |
| 11 | Total borrowing base available (Line 7+8+9+10) | $ 533,875.64 |
| 12 | Maximum Available Credit | $ 2,500,000.00 |
| 13 | Amount over/under (Line 11 less 12) | $ (1,966,124.36) |
| ** | If negative immediately reduce principal balance on note | |

To the best of our knowledge and belief, there have been no changes in the a
above since the date of calculations which would cause the present balance o
and inventory to be less than the amount necessary to comply in all respects v
certificate.  We hereby confirm to you that all of the above accounts whether r
arising to acquired, but not limited to each and every account furnished to you
guarantees, remedies and privileges pertaining thereto are, and hereto have b
you and are and have been subject to a security interest in your favor.
Pursuant to our above referenced security agreement with you; wer hereby ce
calculations as of the 5TH day of JANUARY, 2026.

KEY THERAPEUTICS, LLC

By: *Robert W. Sims*