**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Robert Wayne Sims. Debtor                        Case No. 26-00138-JAW
                                                                                          CHAPTER 7

Citizens Bank of Philadelphia, Plaintiff

v.                                                                                   AP No. 26-00025-JAW

Robert Wayne Sims Defendant

### DEFENDANT'S MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Robert Wayne Sims moves the Court to extend his deadline to answer or otherwise respond to the Complaint and states as follows:

1. Plaintiff commenced this adversary proceeding by filing a Complaint against Defendant.

2. Defendant's current deadline to answer or otherwise respond to the Complaint is June 11, 2026.

3. The parties are discussing a potential resolution of the claims asserted in the Complaint.

4. Citizens Bank of Philadelphia does not oppose Defendant receiving an additional thirty days to continue settlement discussions and to evaluate and respond to the Complaint if a resolution is not reached. Defendant will submit an agreed order granting the requested extension.

5. The requested extension would extend Defendant's deadline to answer or otherwise respond to the Complaint through and including July 11, 2026.

6. This is Defendant's first request for an extension of the response deadline.

7. The requested extension is made in good faith, is not sought for purposes of delay, and will not prejudice any party.

8. All other deadlines and requirements should remain unchanged unless otherwise ordered by the Court.

WHEREFORE, Defendant respectfully requests that the Court enter an order extending his deadline to answer or otherwise respond to the Complaint through and including July 11, 2026, together with such other and further relief as the Court deems appropriate.

Respectfully submitted:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Counsel for Defendant
The Rollins Law Firm
P.O. Box 13767
Jackson MS 39236
Tel: 601-500-5533
Fax: 501-500-5296
trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

I certify that on this the 11th day of June 2026, I electronically filed the foregoing Defendant's Motion to Extend Deadline to Answer or Otherwise Respond to Complaint with the Clerk of Court using the Court's CM/ECF system, which sent notice of the filing to all registered participants.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com