# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Robert Wayne Sims. Debtor                          Case No. 26-00138-JAW
                                                                    CHAPTER 7

**Citizens Bank of Philiadelphia**                                          **Plaintiffs**

**v.**                                                       **AP No. 26-00025-JAW**

**Robert Wayne Sims**                                                      **Defendant**

## AGREED ORDER EXTENDING DEADLING TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

THIS MATTER came before the Court on the agreement of Plaintiff and Defendant to extend the deadline for Defendant to answer or otherwise respond to the Complaint filed in this adversary proceeding. The Court, having considered the agreement of the parties and finding that the requested extension is appropriate, finds that the relief requested should be granted.

IT IS, THEREFORE, ORDERED that Defendant's deadline to answer or otherwise respond to the Complaint is hereby extended by thirty (30) days, through and including July 11, 2026.

IT IS FURTHER ORDERED that all other deadlines and requirements not expressly modified by this Order remain in full force and effect.

##SO ORDERED##

Agreed and Approved:

/s/ Thomas C. Rollins, Jr.                        /s/ Sarah Beth Wilson
Thomas C. Rollins, Jr. (MSBN 103469)              Sarah Beth Wilson (MSBN 103650)

Sarah Beth Wilson (MSBN 103650)
Phelps Dunbar, LLP
1905 Community Bank Way, Suite 200
Flowood MS 39232
T: (601) 360-2300
F: (601) 360-9777
sarah.beth.wilson@phelps.com

Thomas C. Rollins, Jr. (MSBN 103469)
Counsel for Defendant
The Rollins Law Firm
P.O. Box 13767
Jackson MS 39236
Tel: 601-500-5533
Fax: 501-500-5296
trollins@therollinsfirm.com