## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Robert Wayne Sims. Debtor                    Case No. 26-00138-JAW
                                                        CHAPTER 7

Citizens Bank of Philiadelphia, Plaintiffs

v.                                                      AP No. 26-00025-JAW

Robert Wayne Sims Defendant

### AGREED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Robert Wayne Sims moves the Court to extend Defendant's deadline to answer or otherwise respond to the Complaint and state as follows:

1. Plaintiff commenced this adversary proceeding by filing a Complaint against Defendant.

2. Defendant's current deadline to answer or otherwise respond to the Complaint is August 11, 2026.

3. The parties continue to discuss a potential resolution of the claims asserted in the Complaint.

4. The parties have agreed that Defendant should receive additional time to continue those discussions and to evaluate and respond to the Complaint if a resolution is not reached.

5. The requested extension would extend Defendant's deadline to answer or otherwise respond to the Complaint through and including September 10, 2026.

6. This is Defendant's third request for an extension of the response deadline.

7. The requested extension is made in good faith, is not sought for purposes of delay, and will not prejudice any party.

8. All other deadlines and requirements should remain unchanged unless otherwise ordered by the Court.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enter an order extending Defendant's deadline to answer or otherwise respond to the Complaint through and including September 10, 2026, together with such other and further relief as the Court deems appropriate.

Respectfully submitted:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Counsel for Defendant
The Rollins Law Firm
P.O. Box 13767
Jackson MS 39236
Tel: 601-500-5533
Fax: 501-500-5296
trollins@therollinsfirm.com

## **CERTIFCATE OF SERVICE**

I certify that on this the 11th day of August 2026, I electronically filed the foregoing Agreed Motion to Extend Deadline to Answer or Otherwise Respond to Complaint with the Clerk of Court using the Court's CM/ECF system, which sent notice of the filing to all registered participants.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com