**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**

| | | |
|---|---|---|
| **ROBERT WAYNE SIMS,** | **Case No.** | **26-00138-JAW** |
| **DEBTOR.** | **Chapter:** | **7** |

---

| | |
|---|---|
| **THE CITIZENS BANK OF PHILADELPHIA** | **PLAINTIFF** |
| **v.** | **Adv. Proc. No.: 26-00025-JAW** |
| **ROBERT WAYNE SIMS** | **DEFENDANT** |

---

**NOTICE OF SERVICE**

---

Notice is hereby given that,on the date entered below, Plaintiff The Citizens Bank of Philadelphia, served its Initial Disclosures as required by Rule 7026(a)(1) of the Federal Rules of Bankruptcy Procedure:

Dated: October 12, 2026.

Respectfully submitted,

**PHELPS DUNBAR LLP**

By: */s/Sarah Beth Wilson*

Sarah Beth Wilson (MSB 103650)
Andrew R. Norwood (MSB 105087)
PHELPS DUNBAR, LLP
1905 Community Bank Way, Suite 200
Flowood, MS 39232
Telephone: (601) 360-2300
Facsimile: (601) 360-9777
sarah.beth.wilson@phelps.com
drew.norwood@phelps.com

*Attorneys for The Citizens Bank of Philadelphia*

## **Certificate of Service**

I hereby certify that I have this day served the above and foregoing via email to all counsel of notice in this case.

Dated: October 12, 2026 By: */s/Sarah Beth Wilson*